

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

## INDICTMENT FOR ILLEGAL REENTRY OF A REMOVED ALIEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00242 |
| v. | * | SECTION: SECT. G MAG. 4 |
| COSTEL ALIMAN<br>SABINA MUNTEANU | * | VIOLATION: 8 U.S.C. § 1326(a) |
| | * | |

\*   \*   \*

The Grand Jury charges:

### Count 1

On or about August 25, 2024, in the Eastern District of Louisiana, defendant **COSTEL ALIMAN**, an alien, was found in the United States after having been deported and removed therefrom on or about January 9, 2019, without the approval of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and 557, having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

```
___Fee  USA
___Process_____
 X  Dktd_____
___CtRmDep_____
___Doc.No._____
```

### Count 2

On or about August 25, 2024, in the Eastern District of Louisiana, defendant **SABINA MUNTEANU**, an alien, was found in the United States after having been deported and removed there from on or about October 4, 2017, without the approval of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and 557, having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).



DUANE A. EVANS
UNITED STATES ATTORNEY

PAUL J. HUBBELL
Assistant United States Attorney
Louisiana Bar Roll No. 40187


New Orleans, Louisiana
November 1, 2024

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

## THE UNITED STATES OF AMERICA

vs.

**COSTEL ALIMAN**
**SABINA MUNTEANU**

**INDICTMENT FOR ILLEGAL REENTRY**
**OF A REMOVED ALIEN**

**VIOLATIONS:**   8 U.S.C. § 1326(a)

███████████████████████████████████

*Filed in open court this* _____ *day of* _____
                                                              A.D. 2024.

_____
                          Clerk

*Bail, $* _____

**PAUL J. HUBBELL**
**Assistant United States Attorney**