PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment Information  ☐ Charges/Counts Added

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT DISTRICT OF LOUISIANA — EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** R. Moore
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Paul Hubbell

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
HSI, Brittany Theriot, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 24-mj-125

**Place of offense:** St. Tammany County

---

CASE NO. 24-00242 SECT.G MAG.4

USA vs.
**Defendant:** SABINA MUNTEANU
**Address:** In federal custody

☐ Interpreter Required  Dialect: _____

**Birth Date:** 1993
☐ Male  ☒ Female
☒ Alien (if applicable)

**Social Security Number:** XXX-XX-____

### DEFENDANT

**Issue:** ☐ Warrant  ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Rachel Yezbeck
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously-submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 8 U.S.C. § 1326(a) | Illegal reentry of a previously removed alien | 1 |